Cobb Estate.

Argued April 30, 1971. Before BELL, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Edward R. Carpenter,* with him *L. Pierre Teillon, Jr., J. Brooke Aker, Dechert, Price & Rhoads,* and *Smith, Aker, Grossman & Hollinger,* for appellants.

*John H. Wood, Jr.,* with him *Henry Stuckert Miller,* and *Wood and Floge,* for appellee.

Opinion Per Curiam, October 12, 1971:
Decree affirmed. Costs on appellants.
Mr. Justice Jones took no part in the consideration or decision of this case.